## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, | |
| Plaintiff, | Civil Action No. 18-626 |
| v. | |
| CHOICE ENERGY, LLC; d/b/a 4 CHOICE ENERGY (LLC); MICHAEL JOSEPH NEEDHAM; MOSES K. CHEUNG; BRENT ALLEN HOOD; RICHARD MICHAEL BALDARAMOS; and DOES 1 through 100, inclusive, | |
| Defendants. | |

## ANSWER

Defendants Choice Energy, LLC ("CEL"); Michael Joseph Needham ("Needham");

Moses K. Cheung ("Cheung"); Brent Allen Hood ("Hood"); and Richard Michael Baldaramos

("Baldaramos" and, together with CEL, Cheung, and Hood, the "Defendants") hereby answer the

Complaint of plaintiff Andrew R. Perrong (the "Plaintiff") and assert their Affirmative Defenses

as follows:

### I.    Introduction

1.    Defendants admit the allegations in Paragraph 1.

2.    Inasmuch as the allegations are not directed to Defendants, they do not respond.

To the extent a response is required, Defendants deny the allegations in Paragraph 2.

3.    Defendants deny the allegations in Paragraph 3, except that Defendants admit that

Plaintiff filed a prior action against Defendants that contained materially similar allegations, and

that, *in lieu* of responding to Defendant's Preliminary Objections, Plaintiff dismissed the action and refiled same here.

## II.    Jurisdiction and Venue

4.    Paragraph 4 states a legal conclusion to which no response is required. Defendants admit, however, that this Court has subject-matter jurisdiction over this matter.

5.    Paragraph 5 states a legal conclusion to which no response is required. Defendants admit, however, that venue is proper in this judicial district.

## III.    Parties

6.    Defendant is without sufficient knowledge to form a belief as to the truth of the allegations in Paragraph 6, inasmuch as the prior Complaint filed by Plaintiff lists a different address as his residence, and therefore they are deemed denied.

7.    Defendants admit the allegations in Paragraph 7.

8.    Defendants deny the allegations in Paragraph 8 except that Defendants admit that Needham is an adult individual, a citizen of the United States, and is a member of CEL.

9.    Defendants deny the allegations in Paragraph 9 except that Defendants admit that Cheung is an adult individual, a citizen of the United States, and is a member of CEL.

10.    Defendants deny the allegations in Paragraph 10 except that Defendants admit that Hood is an adult individual, a citizen of the United States, and is a member of CEL.

11.    Defendants deny the allegations in Paragraph 11 except that Defendants admit that Baldaramos is an adult individual, a citizen of the United States, and is a member of CEL.

12.    Paragraph 12 states a legal conclusion to which no response is required. Defendants deny, however, the factual allegations contained in Paragraph 13.

2

13.     Paragraph 13 states a legal conclusion to which no response is required.

Defendants deny, however, the factual allegations contained in Paragraph 13.

14.     Defendants deny the allegations in Paragraph 14.

15.     Defendants deny the allegations in Paragraph 15.

16.     Paragraph 16 states a legal conclusion to which no response is required.

17.     Paragraph 17 states a legal conclusion to which no response is required.

18.     Paragraph 18 states a legal conclusion to which no response is required.

19.     Paragraph 19 states a legal conclusion to which no response is required.

Defendants deny, however, the factual allegations contained in Paragraph 19.

## IV.     Factual Allegations

20.     Defendants lack sufficient information to admit or deny the allegations in
Paragraph 20. To the extent a response is required, Defendants deny the allegations in Paragraph
20.

21.     Defendants lack sufficient information to admit or deny the allegations in
Paragraph 21. To the extent a response is required, Defendants deny the allegations in Paragraph
21.

22.     Defendants lack sufficient information to admit or deny the allegations in
Paragraph 22. To the extent a response is required, Defendants deny the allegations in Paragraph
22.

23.     Defendants lack sufficient information to admit or deny the allegations in
Paragraph 23. To the extent a response is required, Defendants deny the allegations in Paragraph
23.

3

24.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 24. To the extent a response is required, Defendants deny the allegations in Paragraph 24.

25.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 25. To the extent a response is required, Defendants deny the allegations in Paragraph 25.

26.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 26. To the extent a response is required, Defendants deny the allegations in Paragraph 26.

27.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 27. To the extent a response is required, Defendants deny the allegations in Paragraph 27.

28.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 28. To the extent a response is required, Defendants deny the allegations in Paragraph 28.

29.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 29. To the extent a response is required, Defendants deny the allegations in Paragraph 29.

30.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 30. To the extent a response is required, Defendants deny the allegations in Paragraph 30.

SL1 1514455v1 111172.00002

31.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 31. To the extent a response is required, Defendants deny the allegations in Paragraph 31.

32.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 32. To the extent a response is required, Defendants deny the allegations in Paragraph 32.

33.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 33. To the extent a response is required, Defendants deny the allegations in Paragraph 33.

34.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 34. To the extent a response is required, Defendants deny the allegations in Paragraph 34.

35.     Defendants deny the allegations of Paragraph 35, except that Defendants admits that CEL was party to a matter before the Pennsylvania Public Utility Commission, docket number C-2016-2581006. The complaint and Initial Decision therein are writings that speak for themselves, and any characterization thereof is denied.

36.     Defendants deny the allegations in Paragraph 36.

37.     Defendants deny the allegations in Paragraph 37, except that Defendants admit that the Plaintiff previously filed and subsequently voluntarily dismissed an action in the Court of Common Pleas of Montgomery County, Pennsylvania. The submissions of the parties in that matter are writings that speak for themselves, and any characterization thereof is denied.

SL1 1514455v1 111172.00002

38.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 38. To the extent a response is required, Defendants deny the allegations in Paragraph 38.

39.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 39. To the extent a response is required, Defendants deny the allegations in Paragraph 39.

40.     Paragraph 40 states a legal conclusion to which no response is required. Defendants lack sufficient information to admit or deny the factual allegations in Paragraph 40. To the extent a response is required, Defendants deny the factual allegations in Paragraph 40.

41.     Paragraph 41 states a legal conclusion to which no response is required.

42.     Paragraph 42 states a legal conclusion to which no response is required.

43.     Paragraph 43 states a legal conclusion to which no response is required. Defendants deny the factual allegations in Paragraph 43.

44.     Defendants deny the allegations in Paragraph 44.

45.     Paragraph 45 states a legal conclusion to which no response is required. Defendants lack sufficient information to admit or deny the factual allegations in Paragraph 45. To the extent a response is required, Defendants deny the allegations in Paragraph 45.

46.     Defendants deny the allegations in Paragraph 46.

47.     Paragraph 47 states a legal conclusion to which no response is required.

48.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 48. To the extent a response is required, Defendants deny the allegations in Paragraph 48.

6

49.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 49. To the extent a response is required, Defendants deny the allegations in Paragraph 49.

50.    Defendants deny the allegations in Paragraph 50.

## V.    Causes of Action

### First Cause of Action

51.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

52.    Defendants deny the allegations in Paragraph 52.

53.    Defendants deny the allegations in Paragraph 53.

### Second Cause of Action

54.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

55.    Defendants deny the allegations in Paragraph 55.

56.    Defendants deny the allegations in Paragraph 56.

### Third Cause of Action

57.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

58.    Defendants deny the allegations in Paragraph 58.

59.    Defendants deny the allegations in Paragraph 59.

### Fourth Cause of Action

60.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

7

61.    Defendants deny the allegations in Paragraph 61.

62.    Defendants deny the allegations in Paragraph 62.

## Fifth Cause of Action

63.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

64.    Defendants deny the allegations in Paragraph 64.

## Sixth Cause of Action

65.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

66.    Defendants deny the allegations in Paragraph 66.

## Seventh Cause of Action

67.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

68.    Defendants deny the allegations in Paragraph 68.

## Eighth Cause of Action

69.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

70.    Defendants deny the allegations in Paragraph 70.

## Ninth Cause of Action

71.    Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

72.    Defendants deny the allegations in Paragraph 72.

SL1 1514455v1 111172.00002

### Tenth Cause of Action

73.     Defendant incorporates by reference its answers to the preceding Paragraphs as if set forth at length herein.

74.     Defendants deny the allegations in Paragraph 74.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Plaintiff's claims are barred because CEL has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations prescribed under 47 U.S.C. § 227.

### THIRD DEFENSE

The Plaintiff's claims are barred because any violation is the result of error, and as part of CEL's routine business practice, CEL meets the standards set forth in 47 CFR 64.1200(c)(2)(i).

### FOURTH DEFENSE

The Plaintiff's claims are barred to the extent that they rely on statutory and regulatory provisions that do not include a private right of action.

### FIFTH DEFENSE

The Plaintiff suffered no compensable injury and failed to meet his duty to mitigate and/or avoid his alleged damages.

### SIXTH DEFENSE

The Plaintiff's claims are barred by the doctrine of unclean hands.

9

## SEVENTH DEFENSE

The Plaintiff's claims are barred because the Plaintiff knowingly, intentionally, and voluntarily assumed the risk of the conduct alleged in the Complaint, and the damages, if any, incurred by the Plaintiff are the direct and proximate result of the risk assumed.

## EIGHTH DEFENSE

The Plaintiff's claims are barred to the extent that the Plaintiff consented to the conduct alleged in the Complaint.

## NINTH DEFENSE

The Plaintiff's claims are barred to the extent that the Plaintiff ratified the conduct alleged in the Complaint.

## TENTH DEFENSE

The damages sought by Plaintiffs are excessive and disproportional to the alleged offense and therefore are in violation of due process.

## ELEVENTH DEFENSE

The Plaintiff's claims are barred by the doctrine of estoppel.

## TWELFTH DEFENSE

The Plaintiff's claims are barred by the doctrine of waiver.

**WHEREFORE**, Defendants seek judgment in their favor as to all Causes of Actions, and respectfully requests that the Complaint be dismissed in its entirety.

10

Dated: March 20, 2018

STEVENS & LEE, P.C.

By _____
Nicholas H. Pennington
Pa. Attorney Id. No. 307073
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6352
Facsimile: (610) 371-7372
nhp@stevenslee.com
*Attorneys for Defendants Choice Energy LLC, d/b/a*
*4Choice Energy, Michael Joseph Needham, Moses K.*
*Cheung, Brent Allen Hood, and Richard Michael*
*Balderamos*

BEVAN, MOSCA & GUIDITTA, P.C.
John D. Coyle (*pro hac vice to be filed*)
Jesse C. Ehnert (*pro hac vice to be filed*)
222 Mount Airy Road, Suite 200
Basking Ridge, NJ 07960
Telephone: (908) 753-8300
Facsimile: (908) 753-6422
jcoyle@bmg.law
jehnert@bmg.law

11