IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>    Plaintiff,<br><br>v.<br><br>CHOICE ENERGY, LLC *et al.*,<br><br>    Defendants. | Civil Action No. 18-626 |

**STIPULATION TO DISMISS**

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), all parties hereto stipulate to the dismissal of Plaintiff Andrew R. Perrong's Complaint, with prejudice, and without cost to either party.

Nicholas H. Pennington, Esq.
STEVENS & LEE, P.C.
620 Freedom Business Center
P.O. Box 62330
King of Prussia, PA 19406
T: 610-205-6352
F: 610-371-7372
E: nhp@stevenslee.com

John D. Coyle (*pro hac vice*)
Gabrielle A. Figueroa (*pro hac vice*)
Jesse C. Ehnert (*pro hac vice*)
BEVAN, MOSCA & GUIDITTA, P.C.
222 Mount Airy Road, Suite 200
Basking Ridge, NJ 07960
T: 908-753-8300
F: 908-753-6422
E: jcoyle@bmg.law
*Attorneys for Defendants*

Date: May 9 2018

Andrew R. Perrong
351 Post Road
Huntingdon Valley, PA 19006
T: 215-791-6957
E: andyperrong@gmail.com

Plaintiff (*pro se*)

Date: 5-8-18

{00073569.3 }